**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1056**

———————

TREVOR PLACIDO BENJAMIN,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF JUSTICE,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-99-
1158-L)

———————

Submitted:  April 13, 2000          Decided:  April 20, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Trevor Placido Benjamin, Appellant Pro Se.  Tawana Elaine Davis,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Trevor Benjamin, a federal prisoner, appeals from the district court's order granting summary judgment in favor of the Justice Department on his civil action alleging violations of the Freedom of Information Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Benjamin v. Dep't of Justice, No. CA-99-1158-L (D. Md. Nov. 24, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on November 4, 1999, the district court's records show that it was entered on the docket sheet on November 24, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2